**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-1901**

_____

JUSTINE BELLAMY,

              Plaintiff – Appellant,

     v.

HORRY COUNTY SCHOOL DISTRICT,

              Defendant - Appellee,

     and

JOE DOWLING, in his individual and official capacity as director of career and technology for Horry County School District; RONNIE BURGESS, in his individual and official capacity as principal of St. James High School,

              Defendants.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence. Thomas E. Rogers, III, Magistrate Judge. (4:07-cv-02727-TER)

_____

Submitted: November 17, 2009     Decided: November 19, 2009

_____

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Justine Bellamy, Appellant Pro Se. Thomas Kennedy Barlow, Kenneth Lendren Childs; Jasmine Stanetta Rogers, CHILDS & HALLIGAN, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Justine Bellamy appeals from the orders entered by the district court and the magistrate judge in favor of Defendants in her action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court and by the magistrate judge. Bellamy v. Horry Co. Sch. Dist., No. 4:07-cv-02727-TER (D.S.C. July 13, 2009 & July 28, 2009). We deny Bellamy's motion for transcripts at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED